**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6349**

HARRY JAMES FOWLER,

Plaintiff - Appellant,

versus

FORREST A. FERRELL, Judge; BEVERLY T. BEAL,
Superior Court Judge; ROGER HUTCHINS; STEVE
REED, Major; LIEUTENANT HARTSO; ANN BECK,
Sergeant; CLARA PARSONS, Matron,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, District Judge. (CA-97-4-MU)

Submitted: July 10, 1997          Decided: July 23, 1997

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harry James Fowler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fowler v. Ferrell</u>, No. CA-97-4-MU (W.D.N.C., Feb. 12, 1997). We deny Appellant's motion for leave to amend his complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>